

FILED

OCT 25 2013

Clerk, U.S District Court
District Of Montana
Butte

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DAVID STEVEN BRAUN,<br><br>      Plaintiff,<br><br>vs.<br><br>GOOGLE,<br><br>      Defendant. | CV 13-40-BU-SEH<br><br>**ORDER** |

On October 7, 2013, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. *Thomas v. Arn*, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendations for clear error.

---

[1] Doc. 23.

clear error.

I find no clear error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1.  Defendant's Motion to Dismiss[2] is GRANTED.

2.  Plaintiff's Motion for Discovery[3] is DENIED as moot.

3.  Plaintiff's Motion for Emergency Award of Summary Judgment[4] is DENIED.

4.  The case is DISMISSED with prejudice for failure to state a claim.

5.  The Clerk of Court is directed to enter judgment accordingly.

DATED this 25th day of October, 2013.

SAM E. HADDON
United States District Judge

---

[2] Doc. 8.

[3] Doc. 12.

[4] Doc. 21.