FILED

3/12/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| DAVID STEVEN BRAUN, | CV 13-40-BU-SEH |
| Plaintiff, | |
| vs. | ORDER |
| GOOGLE, | |
| Defendant. | |

This matter was closed on October 25, 2013.[1] Plaintiff David Steven Braun filed an appeal on January 17, 2014, which was dismissed for lack of jurisdiction on February 26, 2014.[2] On March 11, 2019, Mr. Braun filed a "Motion the Court for record Request and clarification of Dismissal Order" in which he asks questions regarding the "cases dismissal status."[3]

This matter has been closed for more than five years and Mr. Braun provides no basis to reopen the case.

---

[1] Docs. 24, 25.

[2] Doc. 28.

[3] Doc. 30 at 1.

1

ORDERED:

1. Mr. Braun's "Motion the Court for record Request and clarification of Dismissal Order"[4] is DENIED.

2. The Clerk shall discard any further filings in this action.

DATED this 12th day of March, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4]Doc. 30.

2